NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER EXANTUS,        )
        )
    Appellant,     )
        )
v.        )    Case No. 2D18-2793
        )
STATE OF FLORIDA,   )
        )
    Appellee.     )
_____)

Opinion filed July 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden,
Judge.

Lee Adam Cohen of Cohen Law,
P.A., Lakeland, for Appellant.

PER CURIAM.

Affirmed.

LaROSE, LUCAS and ATKINSON, JJ., Concur.